UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. 22-47 |
| v. | § § | |
| | § | Count 1: 18 U.S.C. § 1343 |
| PRESTON A. FREDRICH, | § | (Wire Fraud) |
| Defendant. | § § | |
| | § | Count 2: 18 U.S.C. §1343 |
| | § | (Wire Fraud) |
| | § § | |
| | § | Count 3: 18 U.S.C. §1343 |
| | § | (Wire Fraud) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

**Wire Fraud**

**18 U.S.C. § 1343**

From on or about February 6, 2020, within the Southern District of Texas,

**PRESTON A. FREDRICH,**

did knowingly devise and intend to devise a scheme and artifice to defraud Performance Kenworth, aka Performance Truck, Inc. (Performance Truck) by means of materially false and fraudulent pretenses and representations, namely by causing J. P. Morgan Chase Bank, located in Columbus, Ohio and New York City, New York, to complete a monetary transfer of $91,983.00 via wire transfer reference number XXXX03719 to Brown Industries in Lawrence, Kansas via computers located in Clayton, Missouri, in order to fraudulently bill Performance Truck

1

$101,583.00 for the work provided by Brown Industries, such funds moving in interstate commerce in furtherance of executing the scheme.

In violation of Title 18, United States Code, Section 1343.

## COUNT TWO

## Wire Fraud

## 18 U.S.C. § 1343

From on or about April 30, 2020, within the Southern District of Texas,

**PRESTON A. FREDRICH,**

did knowingly devise and intend to devise a scheme and artifice to defraud Cleveland Mack Sales, Inc., d.b.a. Performance Truck (Performance Truck) by means of materially false and fraudulent pretenses and representations, namely by causing J. P. Morgan Chase Bank, located in Columbus, Ohio and New York City, New York, to complete a monetary transfer of $35,400 from a J. P. Morgan Chase bank account for G+G Motors, Inc (G+G Motors) via wire transaction reference number xxxxx9961 to J. P. Morgan Chase bank account xxxxxx1370, controlled by PRESTON A. FREDRICH, via computer servers located in Houston, Texas and Columbus, Ohio, for the purpose of fraudulently billing Performance Truck for work not performed, such funds moving in interstate commerce in furtherance of executing the scheme.

In violation of Title 18, United States Code, Section 1343.

# COUNT THREE

## Wire Fraud

## 18 U.S.C. § 1343

From on or about February 1, 2021, within the Southern District of Texas,

**PRESTON A. FREDRICH,**

did knowingly devise and intend to devise a scheme and artifice to defraud Cleveland Mack Sales, Inc., d.b.a Performance Truck (Performance Truck) by means of materially false and fraudulent pretenses and representations, namely by causing Chase Bank, located in New York City, New York and Columbus, Ohio, to complete a monetary transfer of $234,259.29 from a J. P. Morgan Chase bank account for G+G Motors, Inc (G+G Motors) via wire transaction reference number xxxxx3152 to J. P. Morgan Chase bank account xxxxxx1370, controlled by PRESTON A. FREDRICH, via computer servers located in Houston, Texas and Columbus, Ohio, for the purpose of fraudulently billing Performance Truck for work never performed by G+G Motors, such funds moving in interstate commerce in furtherance of executing the scheme.

In violation of Title 18, United States Code, Section 1343.

## NOTICE OF CRIMINAL FORFEITURE
## (18 U.S.C. § 982(a)(7); 18 U.S.C. § 981(a)(1)(C))

Pursuant to Title 18, United States Code, Section 982(a)(7), the United States gives notice that upon Defendant's conviction of any wire fraud offense charged in this Information, the United States will seek forfeiture of all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such offenses.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice that upon Defendant's conviction of any wire fraud offenses charged in this Indictment, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

**MONEY JUDGMENT AND SUBSTITUTE ASSETS**

The United States gives notice that it will seek a money judgment against the Defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the Defendant up to the amount of the money judgment.

JENNIFER B. LOWERY
United States Attorney

By: /s/ Thomas H. Carter
Thomas H. Carter
United States Attorney
713-567-9000