IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON TEXAS

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| | § | 4:22-cr-47 |
| | § | |
| V. | § | |
| | § | |
| PRESTON FREDRICH | § | |

## UNOPPOSED MOTION TO TRAVEL

**TO THE HONORABLE KEITH P. ELLISON:**

Defendant Preston Fredrich, by and through his attorneys of record, James Alston and Shawn McDonald, file this motion requesting permission for the defendant to travel to Colorado from July 21, 2023 – July 24, 2023, for a wedding celebration. The defendant is charged with three counts of wire fraud. The defendant is on pretrial release with bond conditions attached as *Exhibit A*. As a condition of release, the defendant must remain in Texas, with travel outside of Texas requiring preapproval by the U.S. Probation Office.

Assistant United States Attorney Thomas Carter is unopposed to this motion.

United States Pretrial Officer Durward Minor advises that aside from verifiable proof of employment, the defendant is in compliance with his conditions of release, and pretrial services will defer to the court.

//

//

Respectfully submitted,

   /s/    James Alston
JAMES ALSTON
Attorney for defendant
Fed. No. 30878
State Bar No. 00786974
1415 North Loop West, Suite 905
Houston, Texas 77008
Ph. 713-228-1400
Fax 713-228-1401
jamesalstonpc@outlook.com

# CERTIFICATE OF CONFERENCE

Defense counsel has consulted with United States Pretrial Officer Durward Minor advises that aside from verifiable proof of employment, the defendant is in compliance with his conditions of release, and pretrial services will defer to the court. Assistant United States Attorney Thomas Carter is unopposed to this motion to travel.

   /s/ James Alston
JAMES ALSTON

# CERTIFICATE OF SERVICE

I, James Alston, hereby certify that a true and correct copy of the foregoing instrument was forwarded by email and ECF to United States Pretrial Officer Durward Minor, Jr., and AUSA Thomas Carter on May 19, 2023.

   /s/ James Alston
JAMES ALSTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | §    4:22-cr-47 |
| | § |
| V. | § |
| | § |
| PRESTON FREDRICH | § |

## ORDER

After reviewing the defendant's unopposed motion to travel, it is the order of the court that the motion is Granted. The defendant is allowed to travel to Colorado from July 21, 2023 – July 24, 2023, returning to Houston, Texas, on July 24, 2023.

Signed on _____ day of _____, 2023.

_____
JUDGE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE